WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Citizens Insurance Company of Am

    Plaintiff(s),

v.

NILFISK, Inc., et al

    Defendant(s).
_____/

Case No. 1:19: cv-481

Hon. Janet T. Neff

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

Alkota Cleaning Systems, Inc.
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2. Does party have any parent corporations? ☐ Yes ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☒ No
   If yes, identify entity and nature of interest:

Date: June 19, 2019

(Signature)
Philip E. Kalamaros (P64435)
Attorney for Alkota Cleaning Systems, Inc.
HUNT SUEDHOFF KALAMAROS
301 State Street, PO Box 46
Saint Joseph, MI 49085

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed and served the attached document to the Clerk's Office using the Court's Electronic filing and service system to all counsel of record: https://ecf.miwd.uscourts.gov

                                                */s/ Philip E. Kalamaros*
                                                Philip E. Kalamaros